IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ENTERED
LODGED RECEIVED

DEC 5 - 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

| | | |
|---|---|---|
| **DAVID CHRISTOPHER,** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No. CCB 00 CV 3263 |
| **BALTIMORE CITY CENTRAL GARAGE,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Having read and considered Defendant's Motion To Enlarge Time to Respond to Complaint, and good cause having been shown, it is hereby this _5th_ day of _December_, 2000:

**ORDERED** that the Defendant's motion be and hereby is **GRANTED**; and it is further

**ORDERED** that the deadline for Defendant to answer Plaintiff's Complaint is _Dec. 26_, 2000.

_____
Judge